**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     ) | |
|     ) | |
| **v.**     ) | **CASE NO. 5:91-CR-11 (MTT)** |
|     ) | |
| **ERIC BRYANT,**     ) | |
|     ) | |
|     ) | |
| **Defendant.**     ) | |
|     ) | |

## ORDER

On September 12, 2025, the Court deferred ruling on Bryant's motion to reduce sentence (ECF 99) pending the Supreme Court of the United States' opinions in *Carter v. United States*, No. 24-860 (U.S. Feb. 11, 2025), and *Rutherford v. United States*, No. 24-820 (U.S. Jan. 30, 2025). ECF 102. On May 28, 2026, the Supreme Court issued opinions in both cases. Relevant here, the Court in *Rutherford* held that any sentence disparity created by the nonretroactive change to 18 U.S.C. § 924(c)'s mandatory penalties is not an extraordinary and compelling reason for compassionate release. *Rutherford*, 608 U.S. __, 2026 WL 1485535, at *3 (May 28, 2026). Because *Rutherford* impacts this case, the Government is **ORDERED** to file a supplemental response brief to Bryant's motion for compassionate release (ECF 99) within **21 DAYS** of the entry of this order. After the Government files its response, Bryant shall have **21 DAYS** to reply.

**SO ORDERED**, this 2nd day of June, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT